Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
5, 2003










Petition for
Writ of Mandamus Denied and Memorandum Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00550-CV

____________

 

IN RE ALLSTATE INSURANCE COMPANY, Relator

 

____________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On May 12, 2003, relator filed a petition for writ of mandamus in this
Court, challenging three pretrial discovery orders of the Honorable Kenneth
Keeling, 278th District Court of Walker County, and the court’s refusal to
quash the deposition of James Boanerges.

            Relator
has not shown an abuse of discretion subject to mandamus regarding the court’s
orders of May 2,
 2003 and May 8,
 2003 for deposition of and certified questions to Kathryn
Wade.  Further, relator
has not shown an abuse of discretion subject to mandamus regarding the court’s
order of May 2, 2003 granting plaintiffs’ motion to compel compliance with
discovery and ordering relator to pay plaintiffs’
attorney’s fees incurred in the motion and hearing.  Last, no order regarding the deposition of
James Boanerges appears in relator’s  exhibits, and no abuse of discretion
has been shown.

 








            We deny relator’s
petition for writ of mandamus.

 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed June 5, 2003.

Panel
consists of Justices Yates, Hudson, and Frost.